# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, M.K. JAMISON**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**DASHAYNE G. PACE-BATES**
**CORPORAL (E-4), U.S. MARINE CORPS**

**NMCCA 201300482**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 4 October 2013.
**Military Judge**: Col Daniel J. Daugherty, USMC.
**Convening Authority**: Commanding Officer, The Basic School, Training Command, Quantico, VA.
**Staff Judge Advocate's Recommendation**: LtCol M.E. Sayegh, USMC.
**For Appellant**: LCDR Shannon A. Llenza, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**13 March 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court